Cameron + Amila Weaver

Date: 04-09-19

Case Number 19-11837

I would like to file an extension please
my family have been going through health problems
+ just need some more time to get all our
paper work together. Thank You for your time

Amila M Weaver

FILED
2019 APR -9 AM 11:34
U.S. BANKRUPTCY COURT