# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cameron Scott Weaver & Amilci Merary Weaver,<br><br>**Debtors** | Bankruptcy No. 19-11837REF<br>Chapter 13 |

## ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion/letter request of the above-named Debtor to Extend Time to File Documents is GRANTED. Debtor is allowed until May 10, 2019, to file the missing documents.

**Date: April 26, 2019**

BY THE COURT:

_/s/ Richard E. Fehling_

Richard E. Fehling
Chief United States Bankruptcy Judge