United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Cameron Scott Weaver  
Amilci Merary Weaver  
       Debtors

Case No. 19-11837-ref  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Keith | Page 1 of 1 | Date Rcvd: Apr 26, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
db/jdb      +Cameron Scott Weaver,   Amilci Merary Weaver,   402 Stonecrest Ct.,   Stevens, PA 17578-9321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
        KEVIN G. MCDONALD   on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cameron Scott Weaver & Amilci Merary Weaver,<br><br>Debtors | Bankruptcy No. 19-11837REF<br>Chapter 13 |

## ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion/letter request of the above-named Debtor to Extend Time to File Documents is GRANTED. Debtor is allowed until May 10, 2019, to file the missing documents.

**Date: April 26, 2019**

BY THE COURT:

_____
Richard E. Fehling
Chief United States Bankruptcy Judge