# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| CAMERON SCOTT WEAVER | | |
| AMILCI MERARY WEAVER | : | Bky. No. 19-11837 |
| | : | |
| Debtor(s) | | |
| | : | |

## ORDER DISMISSING CASE

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 27, 2019, this case be and the same is hereby **DISMISSED.**

**Date: May 28, 2019**

RICHARD E. FEHLING
CHIEF U. S. BANKRUPTCY JUDGE

Missing Documents:
- Matrix List of Creditors
- Chapter 13 Plan
- Pro Se Statement
- Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
- Means Test Calculation Form 122C-2 - If Applicable
- Schedules AB-J
- Statement of Financial Affairs
- Summary of Assets and Liabilities Form B106