United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11837-amc
Cameron Scott Weaver                                                      Chapter 13
Amilci Merary Weaver
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith              Page 1 of 1              Date Rcvd: May 28, 2019
                               Form ID: pdf900          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb         +Cameron Scott Weaver,    Amilci Merary Weaver,    402 Stonecrest Ct.,    Stevens, PA 17578-9321
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14300822       +Lakeview Loan Servicing, LLC c/o,    Kevin G. McDonald, Esquire,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14313945       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
14325827       +M&T BANK,    PO BOX 1508,    BUFFALO, NY 14240-1508
14301031       +M&T Bank,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2019 02:52:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 29 2019 02:53:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14327987       +E-mail/Text: g20956@att.com May 29 2019 02:53:15      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14302929       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2019 02:59:22
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14302285        E-mail/Text: mrdiscen@discover.com May 29 2019 02:52:28      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| CAMERON SCOTT WEAVER | | |
| AMILCI MERARY WEAVER | : | Bky. No.  19-11837 |
| | : | |
| Debtor(s) | | |
| | : | |

## ORDER DISMISSING CASE

AND NOW,  it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated March 27, 2019, this case be and the same is hereby **DISMISSED.**

**Date: May 28, 2019**

RICHARD E. FEHLING
CHIEF U. S. BANKRUPTCY JUDGE

Missing Documents:
    Matrix List of Creditors
    Chapter 13 Plan
    Pro Se Statement
    Chapter 13 Statement of Your Current Monthly Income and Calculation of
     Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2 - If Applicable
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106